| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Eagles, Catherine C. | 2. Court or Organization<br><br>Middle District of North Carolina | 3. Date of Report<br><br>05/11/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>324 W. Market Street<br>Greensboro, NC 27401 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Consolidated Judicial Retirement System of NC - Pension | $73,103.16 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | William A. Eagles, PLLC - Earnings from law practice (Attorney/self-employed) |
| 2. 2017 | University of NC at Greensboro - Earnings for teaching |
| 3. 2017 | Elon University - Earnings for teaching |
| 4. 2017 | West Richmond Friends Meeting, Richmond, Indiana - Honorariam for speaking - $100 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. Dominion Energy Inc. - common stock (name change only) | C | Dividend | L | T | | | | | |
| 3. Duke Energy Corp - common stock | C | Dividend | L | T | | | | | |
| 4. Southern Bancshares NC Inc. - common stk | A | Dividend | N | T | | | | | |
| 5. Enbridge, Inc (formerly Spectra Energy Corp) - common stock | C | Dividend | L | T | Sold (part) | 02/28/17 | J | A | |
| 6. Southern Company - common stock | A | Dividend | J | T | | | | | |
| 7. Invesco Charter Fund Cl A - Mutual Fund | A | Dividend | J | T | | | | | |
| 8. American Funds The Growth Fund of America Cl A - Mutual Fund (AGTHX) | D | Dividend | M | T | | | | | |
| 9. American Funds The Investment Co. of America Cl A -Mutual Fund (AIVSX) | E | Dividend | O | T | | | | | |
| 10. American Funds Wash Mutual Investors Fd Inc. Cl A- Mutual Fund (AWSHX) | D | Dividend | M | T | | | | | |
| 11. American Funds Income Fund America Inc A - Mutual Fund (AMECX) | D | Dividend | M | T | | | | | |
| 12. Wells Fargo Advisors Money Market Account | A | Interest | M | T | | | | | |
| 13. Brokerage Account #2 (H) | | | | | | | | | |
| 14. American Funds Investment Co America Cl A (AIVSX) - Mutual Fund | C | Dividend | | | Merged (with line 9) | 10/12/17 | N | | |
| 15. Brokerage Account #3 (H) | | | | | | | | | |
| 16. American Funds Investment Co of Amr A - Mutual Fund | B | Dividend | | | Merged (with line 9) | 08/17/17 | N | | |
| 17. IRA #1 (H) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amer. Balanced Fd Cl A - Mutual Fund | D | Dividend | M | T | | | | | |
| 19. American Funds Investment. Co. of America CL A - Mutual Fund | E | Dividend | N | T | | | | | |
| 20. American Funds Income Fund America Inc A - Mutual Fund | D | Dividend | M | T | | | | | |
| 21. IRA #2 (H) | | | | | | | | | |
| 22. Wells Fargo Instrinsic Val Fd A - Mutual Fund | | None | | | Sold | 09/07/17 | M | C | |
| 23. Amer. Balanced Fd Cl A - Mutual Fund | D | Dividend | M | T | Buy | 09/08/17 | M | | |
| 24. IRA #3 (H) | | | | | | | | | |
| 25. American Funds Growth Fund Am. CL A - Mutual Fund | B | Dividend | K | T | | | | | |
| 26. IRA #4 (H) | | | | | | | | | |
| 27. American Funds Inv. Co. Am CL A (AIVSX) - Mutual Fund | E | Dividend | N | T | | | | | |
| 28. American Funds Amer Balanced Fd CL A - Mutual Fund | D | Dividend | M | T | | | | | |
| 29. Capital Income Bldr CL A - Mutual Fund | E | Dividend | N | T | | | | | |
| 30. American Funds New Perspective Fd CL A - Mutual Fund | B | Dividend | K | T | | | | | |
| 31. IRA #5 (H) | | | | | | | | | |
| 32. American Funds Growth Fund Am CL A (AGTHX) - Mutual Fund | A | Dividend | J | T | Buy (add'l) | 09/07/17 | J | | |
| 33. Cash - Wells Fargo Advisors - Money Market (Bank Deposit Sweep) | A | Interest | J | T | | | | | |
| 34. Other Assets (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lincoln National Life Insurance Co Policies Surrrender Value | A | Interest | L | T | | | | | |
| 36. Wells Fargo - Bank Account | A | Interest | L | T | | | | | |
| 37. Bank of America - Bank Account - Spouse | | None | K | T | | | | | |
| 38. Bank of America - Bank Account - Spouse's PLLC | | None | K | T | | | | | |
| 39. Bank of Amer - Bank Account - Spouse's Eagle Farms LLC - 1/2 owner | | None | J | T | | | | | |
| 40. State Employees' Credit Union - Shares Account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, Line 39. Bank of America (Eagles Farms, LLC cash account - spouse) - This discloses one-half interest in residual cash from closed business (Eagles Farms, LLC).

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 05/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine C. Eagles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544